**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


To: Chris Daniel                                                    February 24, 2015

County:  Harris (Civil)

Subject:  RETURN OF ORIGINAL EXHIBITS

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-11-00341-CV | In The Interest of C.Y.C., Minor Child | 2008-54640 |
|---|---|---|
| | Plaintiff's Exhibit 42, a CD | |


Received by: _____


Received on: _____